## United States District Court Violation Notice

Loc Code: DE-10

Violation No: R 0220379 / 2005050185

Print Officer Name: Anne Forry

Officer No: F-5499

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 20 May 2005 1517

Offense Charged: Title 11 Sect 840

Place of Offense: Base Exchange Dover AFB

Offense Description: Shoplifting

Defendant's Last Name: Rochester III

First Name: Gregory

MI: A

City: Chestertown

State: MD

Zip Code: 21620

Date of Birth: [REDACTED] 86

A [X] YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
  ___ I wish to terminate this matter by paying the collateral shown below, enclosed
  ___ I plead not guilty and promise to appear as required

### YOUR COURT DATE

Court Address: U.S. District Court, 844 King St, Wilmington DE 19801

DD FORM 1805, SEP 1998    Original – CVB Copy    Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

REDACTED

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 May 2005 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your honor,
During an investigation at Dover AFB for shoplifting at the BX Cir Rochester Gregory A III did shoplift a bottle of Men's cologne. Arrived at 38. Cologne was Lucky You. Weight was 3.4 fluid ounces.

REDACTED

The foregoing statement is based upon
[ ] my personal observation  [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 20 May 05   /s/ Anne Forry

Probable cause has been stated for the issuance of a warrant

Executed on _____  Date _____  U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 6/10/2005  09 03 57