IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff,

    v.    :    VIOLATION NOTICE NO. R0220379

Gregory Rochester  .    05-107M

    Defendant.

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for Gregory Rochester.

    COLM F. CONNOLLY
    United States Attorney

BY: _____
    DUSTIN C. LANE, Capt, USAF
    Special Assistant United States Attorney

DATE: 16 November 2005

IT IS SO ORDERED this 16th day of NOVEMBER 2005.

    _____
    HONORABLE MARY PAT THYNGE
    United States Magistrate Judge